```
UNITED STATES DISTRICT COURT        Firm # 11-3151598
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
IN RE
                                    Dist. Crt. Case No.: CV-05-3487(JS)
ASTON BAKER,
                                    Bnkr. Crt. Case No.: 101-24227(DEM)
        Debtor/Appellant.

-----------------------------------X
```

## RECORD ON APPEAL

Dated: Garden City, New York
       November 4, 2005

s/ Roy J. Lester

---

Roy J. Lester (9118)
Lester & Fontanetta, P.C.
Attorneys for Appellant
600 Old Country Road
Suite 229
Garden City, N.Y. 11530
(516) 357-9191

1